UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14046-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

TRISTAN MICHAEL SEYMOUR
#75717-004

       Defendant(s).
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued November 17, 2006 [91]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [91] is hereby **ADOPTED**. The defendant Tristan Michael Seymour is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Ft. Pierce, Florida this 4th day of December, 2006.

                                                K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record